IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVONNI LEE JACKSON, SR.,

    Plaintiff,      No. 2:08-cv-2121 JFM (PC)

    vs.

E.J. NORBERG, et al.,

    Defendants.      <u>ORDER</u>

    /

Plaintiff has filed a motion for an extension of time to file an opposition to defendants' February 25, 2009 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 20, 2009 motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' February 25, 2009 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: March 26, 2009.

                              UNITED STATES MAGISTRATE JUDGE

/kly;001
jack2121.36

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26